# NO. 12-14-00187-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *KAZIM OLADOTUN OYENUGA,* *APPELLANT* | § | *APPEAL FROM THE 296TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *ADEDOYIN ANNE OYENUGA,* *APPELLEE* | § | *COLLIN COUNTY, TEXAS* |

## *MEMORANDUM OPINION*
## *PER CURIAM*

Appellant has filed a motion to dismiss this appeal. The motion complies with Texas Rule of Appellate Procedure 42.1(a)(1). Accordingly, Appellant's motion to dismiss is ***granted***, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a)(1).

Opinion delivered June 17, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

JUNE 17, 2015

NO. 12-14-00187-CV

**KAZIM OLADOTUN OYENUGA,**
Appellant
V.
**ADEDOYIN ANNE OYENUGA,**
Appellee

Appeal from the 296th District Court

of Collin County, Texas (Tr.Ct.No. 296-54330-2013)

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*